## *In re* NEALE'S ESTATE.

(*Supreme Court, General Term, Second Department.* July 18, 1890.)

LEGACY TAX—EXEMPTION—ALMSHOUSE.

　　Under Rev. St. N. Y. (7th Ed.) p. 982, § 4, subd. 4, providing that every "almshouse," and "the real and personal property" "belonging to or connected with the same," and used for the purposes thereof, shall be exempt from taxation, a legacy to such an institution is not subject to the succession tax provided for in Laws N. Y. 1887, c. 713, § 1, since that act excepts "societies, corporations, and institutions now exempted by law from taxation."

Appeal from surrogate's court, Kings county.

The Faith Home for Incurables is an incorporated benevolent and charitable society, whose object is to maintain respectable homeless persons, afflicted with incurable disease. It is maintained entirely by charity, and its inmates are people without home, money, or friends able to support them. Rev. St. N. Y. (7th Ed.) p. 982, § 4, subd. 4, provides that "every poorhouse, almshouse, house of industry, * * * and the real and personal property used for such purposes, belonging to or connected with the same," shall be exempt from taxation. Laws N. Y. 1887, c. 713, § 1, provides:

"All property which shall pass by will, * * * other than . * * * societies, corporations, and institutions now exempt by law from taxation * * * shall be and is subject to a tax of five dollars on every hundred dollars," etc. From a decree of the surrogate holding that a legacy to said society under the will of Wealtha A. Neale, deceased, was taxable, the society appeals.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*Moore & Wallace,* (*Thomas S. Moore,* of counsel,) for appellant. *Edmond Conger Brown,* for executors. *James W. Ridgway,* Dist. Atty., for county treasurer.

PRATT, J. The questions involved in this appeal were considered in *Re Herr's Will,* 7 N. Y. Supp. 852. By the rule there laid down the decree made below is erroneous, and must be reversed, and the Faith Home for Incurables declared free from taxation. Decree reversed. All concur.